JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BRUMFIELD, | CASE NO. CV 14-7072-CAS (PJW) |
| Petitioner, | |
| | J U D G M E N T |
| v. | |
| JEFF MASTON, | |
| Respondent. | |

Pursuant to the Order Dismissing Petition With Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: November 17, 2015

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE